CONDENSER SERVICE & ENGINEERING CO., INC., PLAIN-
TIFF-RESPONDENT, v. AMERICAN MUTUAL LIABILITY
INSURANCE COMPANY, DEFENDANT-PETITIONER.

See same case below: 45 *N. J. Super.* 31.

*Mr. James J. Carroll* and *Mr. Frank Fink* for the peti-
tioner.

*Messrs. Schapira & Farkas* for the respondent.

June 24, 1957. Denied.

ANNE E. SCHULTZ, ADMINISTRATRIX, *ETC.*, PLAINTIFF-
PETITIONER, v. HOME OIL COMPANY, DEFENDANT-
RESPONDENT.

*Messrs. Stevenson, Willette & McDermitt* for the
petitioner.

*Messrs. Schneider, Lustbader & Morgan* and *Mr. George
H. Harbaugh* for the respondent.

June 20, 1957. Denied.